OPINION — AG — THE PROVISIONS OF HOUSE BILL NO. 743 OF THE 1959 LEG. DO NOT APPLY TO COUNTIES HAVING A POPULATION OF LESS THAN 100,000 ACCORDING THE CENSUS. (BILL STATES: ENCOURAGEMENT AND DEVELOPMENT OF AGRICULTURAL MINERAL AND INDUSTRIAL RESOURCES AND EDUCATIONAL FACILITIES OF THE STATE, AND RAISING OF LIVESTOCK THEREIN) CITE: 2 O.S.H. 156(K), 2 O.S.H. 156 THRU 2 O.S.H. 156(G) (L. G. HYDEN)